IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 18-467 |
| **CARLA SLATER** | : | |

## O R D E R

AND NOW this 6th day of June, 2022, upon consideration of the Government's Motion to Dismiss the Indictment in this matter, it is hereby O R D E R E D that indictment Number 18-467 is dismissed with prejudice.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
HONORABLE C. DARNELL JONES
*United States District Court Judge*